**STATE of Missouri, Respondent,**

v.

**Cole BRYANT, Defendant,**

**C & M Bail Bonding, Inc., Appellant.**

**No. WD 61037.**

Missouri Court of Appeals,
Western District.

Sept. 16, 2003.

Michael R. Anderson, Houston, MO, for Appellant.

Matthew R. Liles, St. Joseph, MO, for Respondent.

Before LOWENSTEIN, P.J., SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Circuit court of Buchanan County entered judgment of default against surety under a bond forfeiture pursuant to Rule 33.14. Appellant asserted lack of actual authority of its agent to receive notice of forfeiture hearing. Judgment affirmed. Rule 84.16(b).